# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:90-CR-144-W

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **CRYSTAL YVETTE CONNOR,** ) | |
| ) | |
| **Defendant.** ) | |

The Court's Order of 19 March 2007 denying Defendant's motion to modify sentence is hereby VACATED due to the undersigned's recusal from this matter.

IT IS SO ORDERED.

Signed: March 22, 2007

Frank D. Whitney
United States District Judge